UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| YAHOO! INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NATIONAL FOOTBALL LEAGUE )<br>PLAYERS ASSOCIATION, INC. and )<br>NATIONAL FOOTBALL LEAGUE )<br>PLAYERS INCORPORATED, )<br>)<br>Defendants. )<br>) | Case No.: 09-cv-1272 (PJS/FLN)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Yahoo! Inc. hereby notifies the Court that the claims in the above matter against the defendants in this case, National Football League Players Association, Inc. and National Football League Players, are dismissed voluntarily and without prejudice.

Dated:  July 6, 2009              FREDRIKSON & BYRON, P.A.

                                                  s/ S. Jamal Faleel
                                                  Leo G. Stern #105302
                                                  S. Jamal Faleel #320626
                                                  200 South Sixth Street, Suite 4000
                                                  Minneapolis, MN 55402-1425
                                                  Telephone:  (612) 492-7000
                                                  Facsimile:  (612)  492-7077
                                                  lstern@fredlaw.com
                                                  jfaleel@fredlaw.com

                                                  *Attorneys for Plaintiff Yahoo! Inc.*

- 2 -

OF COUNSEL

David S. Fleming IL #06180222
*Admitted pro hac vice*
Howard S. Michael IL #06256396
*Admitted pro hac vice*
Joshua S. Frick IL #06292843
*Admitted pro hac vice*
BRINKS HOFER GILSON & LIONE
NBC Tower - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Tel:  (312) 321-4200
Fax:  (312) 321-4299
dfleming@brinkshofer.com
hmichael@brinkshofer.com
jfrick@brinkshofer.com

*Attorneys for Plaintiff Yahoo! Inc.*


4585284_1.DOC