UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| YAHOO! INC., | Case No. 09-CV-1272 (PJS/FLN) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, INC., et al., | |
| Defendants. | |

---

S. Jamal Faleel, FREDRIKSON & BYRON, PA, for plaintiff.

Based upon the Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Rule 41(a)(1)(A)(i) filed on July 6, 2009 [Docket No. 6],

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE and without costs or disbursements to any party.

Dated:  July 7, 2009               s/Patrick J. Schiltz
                                   Patrick J. Schiltz
                                   United States District Judge